B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Loron P Stewart
      IRENE Stewart                                                    Case No. __12-03361__
                                   Debtor(s)                           Chapter   __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __280.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __70.00__ Check one   ☐ With the filing of the petition, or
                           ■ On or before __2/28/12__

   $ __70.00__ on or before     __3/28/12__

   $ __70.00__ on or before     __4/27/12__

   $ __70.00__ on or before     __5/25/12__

   FILED
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   JAN 31, 2012
   KENNETH S. GARDNER, CLERK
   PS REP. - CM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date __January 31, 2012__          Signature _/s/ Loron Stewart_
                                             **Loron P Stewart**
                                             Debtor

_____
Attorney for Debtor(s)

                                   Signature _____
                                             **IRENE Stewart**
                                             Joint Debtor